No. 1014. LAMPMAN ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. *William J. Currer, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for respondent United States.

No. 1015. LOCAL 189, UNITED PAPERMAKERS & PAPERWORKERS, AFL–CIO, CLC, ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *Warren Woods* and *Betty Southard Murphy* for petitioners. *Solicitor General Griswold, Assistant Attorney General Leonard,* and *David L. Rose* for the United States, and *Richard B. Sobol* for Local 189a, United Papermakers & Paperworkers, AFL–CIO, CLC, et al., respondents.

No. 1018. GORDON *v.* SPUNT. C. A. 1st Cir. Certiorari denied. *Henry Friedman* for petitioner. *Samuel Newman* for respondent.

No. 1019. BRAVOS ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Charles A. Bellows* for petitioners. *William J. Scott,* Attorney General of Illinois, *James R. Thompson, Joel M. Flaum,* and *Morton E. Friedman,* Assistant Attorneys General, and *Elmer C. Kissane* for respondent.

No. 1024. CIMARRON COAL CORP. *v.* DISTRICT No. 23, UNITED MINE WORKERS OF AMERICA, ET AL. C. A. 6th Cir. Certiorari denied. *James G. Wheeler* and *W. Stuart McCloy* for petitioner. *Edward L. Carey* and *Willard Owens* for respondents.